PEOPLE, APPELLEE, v. LAGUERRA, APPELLANT.

District Court of Arecibo.

No. 1919.—Decided April 25, 1922.

Judgment reversed and information quashed under section 448 of the Code of Criminal Procedure. *People* v. *Otero,* decided April 7, 1922.—Mr. Justice Franco Soto delivered the opinion of the court.

---

BERRÍOS, PETITIONER-APPELLANT, v. MUNICIPAL ASSEMBLY OF YABUCOA ET AL., RESPONDENT-APPELLEES.

District Court of Humacao.

No. 2616.—Decided May 26, 1922.

When the judgment is *prima facie* correct the burden is on the appellant to establish the existence of any error that may not be self-evident. The Supreme Court is not bound to examine general rules of law laid down by the court below, citing authorities, to discover hidden errors which might justify a reversal.—*Affirmed.*—Mr. Justice Hutchison delivered the opinion of the court.